# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES GATES, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | No. 18-2388-JDT-cgc |
| CORECIVIC, ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO SUPPLEMENT (ECF No. 5)

The *pro se* prisoner Plaintiff, James Gates, filed this civil action under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). (ECF No. 1.) The Court granted leave to proceed *in forma pauperis* and assessed the civil filing fee pursuant to 28 U.S.C. §§ 1915(a)-(b). (ECF No. 7.) The case is undergoing screening in accordance with 28 U.S.C. §§ 1915(e)(2) and 1915A. On August 13, 2018, Gates filed a motion to supplement the complaint by submitting an affidavit in which he sets out events that occurred after the filing of the complaint. (ECF No. 5.) That motion is GRANTED.

IT IS SO ORDERED.

                                                                s/ **James D. Todd**
                                                                 JAMES D. TODD
                                                                 UNITED STATES DISTRICT JUDGE